No. 94–5239. WASHINGTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5241. TORRES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–5242. WILSON v. CITY OF BERKELEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–5243. SLADE v. CLARKE ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–5244. WILLIAMS v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 94–5245. CASILLA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5246. LUCAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–5247. CONNOR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–5248. SLOAN v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–5249. ABENGOWE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5250. ANGHELUTA v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 94–5251. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5253. MOBLEY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 94–5257. BOLTON ET UX. v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 94–5259. BERGEN v. WOOD. Ct. App. Cal., 2d App. Dist. Certiorari denied.